IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NANCY HALEY,                              :

        Plaintiff,

    v.                                    :

COMMUNITY MERCY HEALTH                    :     Case No. 3:11-cv-232
PARTNERS, et al.,
                                                JUDGE WALTER H. RICE
        Defendants.                       :

---

DECISION AND ENTRY SUSTAINING JOINT MOTION TO CONTINUE
TRIAL (DOC. #27); NEW TRIAL DATE AND OTHER PERTINENT DATES
SET

---

        Based upon the reasoning set forth in the joint motion of the parties, seeking an order of

the Court continuing trial upon the merits of the captioned cause from November 5th, 2012

(DOC. #27), said motion is sustained in its entirety.

        Trial upon the merits of the captioned cause, before a duly impaneled jury, will begin at

9:00 a.m. on Monday, May 20th, 2013.  The final pretrial conference, to be held by conference

call telephone communication, will be held beginning at 5:00 p.m. on Tuesday, May 7th, 2013.

A jointly prepared final pretrial order must be filed not later than the close of business on

Tuesday, April 30th, 2013.  All exhibits are to be exchanged by and between the parties not later

than Friday, May 3rd, 2013.

        All pretrial motions, such as motions in limine, etc., must be filed not later than the close

of business on Tuesday, April 23rd, 2013.

November 29, 2012
                               WALTER H. RICE
                         UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record