IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NANCY HALEY, | : | Case No. 3:11-cv-232 |
| Plaintiff, | : | |
| -vs- | : | District Judge Walter Herbert Rice |
| COMMUNITY MERCY HEALTH PARTNERS, et. al., | : | |
| Defendant. | : | |

### ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator.

February 19, 2013

Walter H. Rice
United States District Judge